Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20743−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean N. Mathurin
   aka Nickenson Mathurin
   4 Larikat Lane
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−1275

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/29/18 and a confirmation hearing on such Plan has been scheduled for 7/26/18.

The debtor filed a Modified Plan on 10/29/18 and a confirmation hearing on the Modified Plan is scheduled for 12/13/18 AT 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 30, 2018
JAN: wdh

                                                                Jeanne Naughton
                                                                Clerk

```
                                  United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                                  Case No. 18-20743-JKS
Jean N. Mathurin                                                                        Chapter 13
         Debtor                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                  Date Rcvd: Oct 30, 2018
                              Form ID: 186                  Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db            +Jean N. Mathurin,    4 Larikat Lane,    Sparta, NJ 07871-3044
cr            +MB FINANCIAL BANK, NATIONAL ASSOCIATION,     Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,    Mt. Laurel, NJ 08054-3437
lm            +MB Financial Bank, N.A.,    Attn: Customer Care Team,    2251 Rombach Avenue,
                Wilmington, OH 45177-1995
cr            +Santander Consumer USA Inc.,,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517556984     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517654863      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
517556988     +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517620618     +Intercoastal Financial LLC,    7954 Transit Rd, $144,    Williamsville, NY 14221-4117
517556989     +MB Financial Bank,    2251 Rombach Ave,    Wilmington, OH 45177-1995
517628109     +MB Financial Bank, National Association,    2251 Rombach Avenue,    Wilmington, Ohio 45177-1995
517672128      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517607576     +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
517617753      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517556991     +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,    2401 Interanational Lane,
                Madison, WI 53704-3121
517840834     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2018 23:49:42      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2018 23:49:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 23:44:49
                Synchrony Bank, c/o PRA Receivables Management, LL,     POB 41021,    Norfolk, VA 23541-1021
517565695      E-mail/Text: ally@ebn.phinsolutions.com Oct 30 2018 23:48:51      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517556983     +E-mail/Text: ally@ebn.phinsolutions.com Oct 30 2018 23:48:51      Ally Financial,
                Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
517592378     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 30 2018 23:45:38
                BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517656643      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 30 2018 23:46:21
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517556985     +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 30 2018 23:46:21      Bmw Financial Services,
                Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517648661     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 30 2018 23:45:01
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517556986     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 30 2018 23:50:20
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
517556987     +E-mail/Text: bknotice@ercbpo.com Oct 30 2018 23:49:44      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517669812      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2018 23:46:24
                LVNV Funding, LLC its successors and assigns as,     assignee of NCOP X, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517682105      E-mail/Text: bankruptcynotice@nymcu.org Oct 30 2018 23:49:58      MUNICIPAL CREDIT UNION,
                22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3145
517556990      E-mail/Text: bankruptcynotice@nymcu.org Oct 30 2018 23:49:59      Municipal Credit Union,
                Po Box 3205,    Church Street Station,    New York City, NY 10007
517560159     +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 23:46:06      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 30, 2018
                              Form ID: 186             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
           jschwartz@mesterschwartz.com
          Jill  Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.,
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joshua  Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com,
           jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```