| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit, Inc. | Order Filed on December 6, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  18-20743 JKS<br><br>Chapter: 13<br><br>Judge: John K. Sherwood |
| In Re:<br><br>Jean N. Mathurin,<br><br>       DEBTOR. | |

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 6, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:         Jean N. Mathurin
Case No.:       18-20743 JKS
Caption:        **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit, Inc., holder of a mortgage on vehicle known as 2016 DUCATI PANIGALE R ,VIN: ZDM14BVW3GB004130, with the consent of Joshua Humphries, Esq., counsel for the Debtor, Jean N. Mathurin,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on October 29, 2018 as claim number twelve (12) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:          Dated:   11/21/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated:   11/21/18

*/s/ Joshua Humphries*
JOSHUA HUMPHRIES, ESQ., ATTORNEY FOR DEBTOR