IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joshua Humphries, Esq.
NJ ID 013332008
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: 856-831-7119
Facsimile: (856) 282-1090
Attorney for the Debtor(s)

| | |
|---|---|
| In re: | Case No: 18-20743-JKS |
| Jean N. Mathurin, | Chapter: Chapter 13 |
| Debtor(s). | Judge: John K. Sherwood |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S OBJECTION TO CLAIM NUMBER 1

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed October 29, 2018, has been received. The undersigned further certifiers that the Court's docket in this case has been reviewed and no answer, objection or other responsive please to the Motion appears therein. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than December 6, 2018.

Is it hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: December 12, 2018

/s/ Joshua Humphries
_____
Joshua Humphries, Esq.