| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit, Inc. | Case No:  <u>18-20743 JKS</u><br><br>Chapter: <u>13</u> |
| In Re:<br><br>Jean N. Mathurin,<br><br>    DEBTOR. | Judge:  John K. Sherwood |

**Order Filed on December 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 6, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:      Jean N. Mathurin
Case No.:    18-20743 JKS
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

     This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit, Inc., holder of a mortgage on vehicle known as 2016 DUCATI PANIGALE R ,VIN: ZDM14BVW3GB004130, with the consent of Joshua Humphries, Esq., counsel for the Debtor, Jean N. Mathurin,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on October 29, 2018 as claim number twelve (12) on the claims register; and

     It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

     It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:       Dated:   11/21/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:       Dated:   11/21/18

*/s/ Joshua Humphries*
JOSHUA HUMPHRIES, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Jean N. Mathurin  
     Debtor

Case No. 18-20743-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 10, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.  
db         +Jean N. Mathurin,    4 Larikat Lane,    Sparta, NJ 07871-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
        Jill Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Joshua Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com  
        Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 10