UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joshua Humphries, Esquire
NJ ID No. 013332008
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (800) 219-0939
Facsimile: (856) 282-1090
Attorney for the Debtor

Order Filed on December 19,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

JEAN N. MATHURIN,

Debtor.

Case No.: 18-20743-JKS

Chapter: 13

Hearing Date: December 13, 2018

Judge: John K. Sherwood

## ORDER EXPUNGING CLAIM

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: December 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Debtor_____ and for good cause shown, it is

ORDERED, ADJUDGED and DECREED, Claim Number 1 of ALLY FINANCIAL is EXPUNGED.