| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>VW Credit, Inc. | |
| In Re:<br><br>Jean N. Mathurin<br><br>Debtor. | Case No.: 18-20743 JKS<br>Adv. No.:<br>Hearing Date: 12/13/18 @ 8:30 a.m.<br><br>Judge: John K. Sherwood |

Order Filed on December 21,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 21, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jean N. Mathurin
Case No.: 18-20743 JKS
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor VW Credit, Inc., holder of a mortgage on vehicle 2016 DUCATI PANIGALE R ,VIN: ZDM14BVW3GB004130, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Joshua Humphries, Esquire, attorney for Debtors, Jean N. Mathurin, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 12) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.