UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joshua Humphries, Esquire
NJ ID No. 013332008
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (800) 219-0939
Facsimile:  (856) 282-1090
Attorney for the Debtor

Order Filed on December 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

JEAN N. MATHURIN,

Debtor.

Case No.:     18-20743-JKS

Chapter:     13

Hearing Date:     December 13, 2018

Judge:     John K. Sherwood

# ORDER EXPUNGING CLAIM

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: December 19, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Debtor_____ and for good cause shown, it is

ORDERED, ADJUDGED and DECREED, Claim Number 1 of ALLY FINANCIAL is EXPUNGED.

United States Bankruptcy Court
District of New Jersey

In re:  
Jean N. Mathurin  
     Debtor

Case No. 18-20743-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db         +Jean N. Mathurin,    4 Larikat Lane,    Sparta, NJ 07871-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
        Jill  Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Joshua  Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com  
        Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 10