Order Filed on December 21, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>VW Credit, Inc. | |
| In Re:<br><br>Jean N. Mathurin<br><br><br>Debtor. | Case No.: 18-20743 JKS<br>Adv. No.:<br>Hearing Date: 12/13/18 @ 8:30 a.m.<br>Judge: John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 21, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:      Jean N. Mathurin
Case No.:    18-20743 JKS
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor VW Credit, Inc., holder of a mortgage on vehicle 2016 DUCATI PANIGALE R ,VIN: ZDM14BVW3GB004130, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Joshua Humphries, Esquire, attorney for Debtors, Jean N. Mathurin, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 12) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jean N. Mathurin  
    Debtor

Case No. 18-20743-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 21, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db          +Jean N. Mathurin,   4 Larikat Lane,   Sparta, NJ 07871-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
       Jill  Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Joshua Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com, jday@keaveneylegalgroup.com;r46514@notify.bestcase.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com  
       Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                             TOTAL: 10