**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Marie-Ann Greenberg  MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JEAN N. MATHURIN

Case No.:  18-20743

Adv. No.:

Hearing Date:

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/04/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JEAN N. MATHURIN
4 LARIKAT LANE
SPARTA, NJ  07871
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOSHUA HUMPHRIES
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  January 04, 2019

By:  /S/  Jackie Michaels
Jackie Michaels