UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Joshua Humphries, Esq.
Keaveney Legal Group
1000 Maplewood Drive, Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Attorney for Debtor(s)

Order Filed on January 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jean N. Mathurin

Case No.:     18-20743-JKS

Chapter:     13

Judge:     John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 25, 2018_____ :

Property:     4 Larikat Lane, Sparta Township, NJ  07871

Creditor:     MB Financial Bank, N.A.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 23, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2