JOSHUA HUMPHRIES
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
### Chapter 13 Case # 18-20743

| Re: | JEAN N. MATHURIN<br>4 LARIKAT LANE<br>SPARTA, NJ 07871 | Atty: | JOSHUA HUMPHRIES<br>KEAVENEY LEGAL GROUP<br>1000 MAPLEWOOD DRIVE<br>SUITE 202<br>MAPLE SHADE, NJ 08052 |
|---|---|---|---|

## RECEIPTS AS OF 12/31/2018                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2018 | $160.00 | 4991031000 | 07/09/2018 | $160.00 | 5054888000 |
| 08/03/2018 | $160.00 | 5125776000 | 09/21/2018 | $160.00 | 5247522000 |
| 10/26/2018 | $160.00 | 5339026000 | | | |

**Total Receipts: $800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018           (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 264.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CREDIT COLLECTIONS SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | MB FINANCIAL BANK, NATIONAL ASSOC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | MCU COLLECTION/LOSS PREVENTION | UNSECURED | 82.35 | 100.00% | 0.00 | 82.35 |
| 0010 | UNITED STATES DEPARTMENT OF EDUCA | UNSECURED | 133,062.76 | 100.00% | 0.00 | 133,062.76 |
| 0011 | SANTANDER CONSUMER USA INC. | UNSECURED | 28,347.37 | 100.00% | 0.00 | 28,347.37 |
| 0012 | UNITED STATES DEPARTMENT OF EDUCA | UNSECURED | 7,672.25 | 100.00% | 0.00 | 7,672.25 |
| 0013 | INTERCOASTAL FINANCIAL LLC | UNSECURED | 798.85 | 100.00% | 0.00 | 798.85 |
| 0014 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CW NEXUS CREDIT CARD HOLDING I LL( | UNSECURED | 709.29 | 100.00% | 0.00 | 709.29 |
| 0016 | LVNV FUNDING LLC | UNSECURED | 521.09 | 100.00% | 0.00 | 521.09 |
| 0017 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 440.98 | 100.00% | 0.00 | 440.98 |
| 0018 | VW CREDIT INC | VEHICLE SECURE | 21,317.97 | 100.00% | 764.00 | 20,553.97 |

**Total Paid: $1,028.00**
See Summary

**Chapter 13 Case # 18-20743**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $800.00    -    Paid to Claims: $764.00    -    Admin Costs Paid: $264.00    =    Funds on Hand: $3,772.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .