UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joshua Humphries, Esq.
Keaveney Legal Group
1000 Maplewood Drive, Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Attorney for Debtor(s)

Order Filed on January 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jean N. Mathurin

Case No.:  18-20743-JKS

Chapter:  13

Judge:  John K. Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____June 25, 2018____ :

Property:     4 Larikat Lane, Sparta Township, NJ  07871

Creditor:     MB Financial Bank, N.A.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Debtor____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____March 23, 2019____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-20743-JKS
Jean N. Mathurin                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 1                Date Rcvd: Jan 18, 2019
                                  Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db             +Jean N. Mathurin,    4 Larikat Lane,    Sparta, NJ 07871-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Jill  Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.,
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua  Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com,
               jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10