Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−20743−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean N. Mathurin
   aka Nickenson Mathurin
   4 Larikat Lane
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−1275

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/14/19 at 10:00 AM

to consider and act upon the following:

**55** − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

**59** − Certification in Opposition to CERTIFICATION IN SUPPORT OF DEFAULT (related document:55 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Joshua Humphries on behalf of Jean N. Mathurin. (Attachments: # 1 Certificate of Service) (Humphries, Joshua)

Dated: 1/22/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court