| |
|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Joshua Humphries<br>Attorney ID No. 013332008<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  856-831-7119<br>Facsimile:  (856) 282-1090<br>Attorney for Debtor(s) |
| In Re:<br><br>    Jean N. Mathurin<br><br>Debtor(s) |

Case No:  18-20743-JKS

Chapter:  Chapter 13

Judge:    John K. Sherwood

# WITHDRAWAL OF DOCUMENT

Kindly withdraw Debtor's Certification in Opposition filed on January 18, 2019;

Document Number 59 on behalf of the Debtor.

Date:  February 14, 2019

/s/ Joshua Humphries
_____
Joshua Humphries, Esq.