Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−20743−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean N. Mathurin
   aka Nickenson Mathurin
   4 Larikat Lane
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−1275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 4, 2019
JAN: zlh

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-20743-JKS
Jean N. Mathurin                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 2           Date Rcvd: Mar 04, 2019
                       Form ID: 148           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
```
db              +Jean N. Mathurin,    4 Larikat Lane,    Sparta, NJ 07871-3044
cr              +MB FINANCIAL BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                  Suite 100,    Mt. Laurel, NJ 08054-3437
lm              +MB Financial Bank, N.A.,    Attn: Customer Care Team,    2251 Rombach Avenue,
                  Wilmington, OH 45177-1995
517556984       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517654863        CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
517556988       +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517620618       +Intercoastal Financial LLC,    7954 Transit Rd, $144,    Williamsville, NY 14221-4117
517556989       +MB Financial Bank,    2251 Rombach Ave,    Wilmington, OH 45177-1995
517628109       +MB Financial Bank, National Association,    2251 Rombach Avenue,    Wilmington, Ohio 45177-1995
517672128        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517617753        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                  MADISON WI 53708-8973
517556991       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
                  Madison, WI 53704-3121
517840834       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 05 2019 00:01:57     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 05 2019 00:01:52      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Mar 05 2019 04:33:00      Santander Consumer USA Inc.,,    P.O. Box 961245,
                  Fort Worth, TX 76161-0244
cr              +EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank, c/o PRA Receivables Management, LL,
                  POB 41021,    Norfolk, VA 23541-1021
517565695        EDI: GMACFS.COM Mar 05 2019 04:33:00      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
517556983       +EDI: GMACFS.COM Mar 05 2019 04:33:00      Ally Financial,    Attn: Bankruptcy Dept,
                  Po Box 380901,    Bloomington, MN 55438-0901
517592378       +EDI: AISACG.COM Mar 05 2019 04:33:00      BMW Bank of North America,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517656643        EDI: BMW.COM Mar 05 2019 04:33:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                  Dublin, OH  43016
517556985        EDI: BMW.COM Mar 05 2019 04:33:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                  Po Box 3608,    Dublin, OH 43016
517648661       +EDI: AISACG.COM Mar 05 2019 04:33:00      BMW Financial Services NA, LLC,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517556986       +EDI: CCS.COM Mar 05 2019 04:33:00      Credit Collections Services,    Attention: Bankruptcy,
                  725 Canton Street,    Norwood, MA 02062-2679
517556987       +E-mail/Text: bknotice@ercbpo.com Mar 05 2019 00:02:01      ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517669812        EDI: RESURGENT.COM Mar 05 2019 04:33:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of NCOP X, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517682105        E-mail/Text: bankruptcynotice@nymcu.org Mar 05 2019 00:02:16      MUNICIPAL CREDIT UNION,
                  22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3145
517556990        E-mail/Text: bankruptcynotice@nymcu.org Mar 05 2019 00:02:16      Municipal Credit Union,
                  Po Box 3205,    Church Street Station,    New York City, NY 10007
517607576       +EDI: DRIV.COM Mar 05 2019 04:33:00      Santander Consumer USA Inc.,    PO Box 560284,
                  Dallas, TX 75356-0284
517560159       +EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Mar 04, 2019
                               Form ID: 148                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Jill  Manzo    on behalf of Creditor    MB FINANCIAL BANK, N.A. bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.,
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua  Humphries    on behalf of Debtor Jean N. Mathurin jhumphries@keaveneylegalgroup.com,
               jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    MB FINANCIAL BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10
```